**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-7194**

_____


In Re:  WENLEY MCCLAREN,



                                                    Petitioner.


_____

On Petition for Writ of Mandamus.
(3:90-cr-00007-WCB)

_____

Submitted:  January 17, 2007      Decided:  February 16, 2007

_____

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Wenley McClaren, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wenley McClaren petitions for writ of mandamus, alleging the district court has unduly delayed acting on his Motion for Reduction of Sentence. He seeks an order from this court directing the district court to act. Because the district court has recently decided McClaren's motion, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED